UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| DAVID HOSTETLER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:25-cv-00203-MPB-CSW |
| | ) | |
| WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS
AND DIRECTING ENTRY OF FINAL JUDGMENT**

Petitioner, David Hostetler, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court examined Mr. Hostetler's petition and ordered him to show cause why his petition should not be dismissed without prejudice because it appeared plainly from the petition that he is not entitled to the relief sought. Dkt. 6. Mr. Hostetler did not respond to the show cause order.

Because § 2254 relief is not available to Mr. Hostetler on the face of his petition, his petition is **dismissed**. Final judgment will issue by separate entry.

**IT IS SO ORDERED.**

Date: January 9, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

DAVID HOSTETLER
133035
PLAINFIELD - CF
PLAINFIELD CORRECTIONAL FACILITY
Inmate Mail/Parcels
727 MOON ROAD
PLAINFIELD, IN 46168