UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| Z. G., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:25-cv-00584-MPB-MKK |
| ) | |
| SAMUEL OLSON in his official capacity as ) | |
| Interim Director of the Immigration and ) | |
| Citizenship Enforcement Field Office for Chicago, ) | |
| et al., ) | |
| ) | |
| Respondents. ) | |

**Order Directing Clerk to Issue Amended Final Judgment**

The Court granted Petitioner's petition for a writ of habeas corpus on January 9, 2026, and issued final judgment that same day. Dkts. 23, 24. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**So Ordered.**

Dated: January 22, 2026

*/s/ Matthew P. Brookman*

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel